UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-20584-UU

AEROLINEA BOLIVIANA AEROSTAR, S.A.,

    Plaintiff,

v.

PHOENIX AER CAPITAL, LLC and
AIRCRAFT SYSTEMS GROUP, INC.,

    Defendants.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court upon Defendant Phoenix Aer Capital, LLC's ("Defendant") Supplemental Report of Mediation and Motion for Sanctions (D.E. 60), and Plaintiff Aerolinea Boliviana Aerostar, S.A.'s ("Plaintiff") Response and Cross-Motion to Enforce Settlement Agreement (D.E. 62, 63). The Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, issued a Report and Recommendation, (D.E. 87), on August 19, 2016, recommending that Defendant's Motion for Sanctions and Plaintiff's Cross-Motion for Settlement be DENIED. Plaintiff filed its Objections to Report and Recommendation on September 2, 2016 (D.E. 88), and Defendant filed its Response to Plaintiff's Objections to Report and Recommendation (D.E. 89) on September 19, 2016. D.E. 89.

THE COURT has made a *de novo* review of the entire file and record herein, and is otherwise fully advised in the premises. After a careful review of the evidence presented, the law and the parties' arguments, the Court does not agree that the Magistrate Judge's findings of fact were in error and further finds that the Magistrate Judge applied the law correctly. The Court is particularly concerned that there was no actual meeting of the minds and therefore no

1

enforceable settlement agreement because the actual Mediator's Report (DE 59) reflected that the parties "settlement" at mediation was contingent upon the parties' preparation of a mutually agreed upon written settlement agreement – which never occurred. Indeed, it is the view of the undersigned that she improvidently closed the case because she misunderstood from the Plaintiff's filings (which pre-dated the filing of the Mediator's Report) that there had been a full unconditional settlement at mediation.

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 87) is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that Defendant's Motion for Sanctions (D.E. 60) is DENIED. Plaintiff's Cross-Motion for Settlement (D.E. 63) is DENIED. It is further

ORDERED AND ADJUDGED that the parties SHALL attend a Status Conference before this Court on **Friday, <u>September 30, 2016</u> at 10:00 a.m.** *It is the intent of the Court that at the status conference, the case will be scheduled for trial to begin within 60 days and to order another mediation in advance of the trial date.*

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of September, 2016.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf